**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:22-cv-0092 | 2:23-cv-0623 | 2:23-cv-1781 |
| 2:22-cv-1831 | 2:23-cv-0691 | 2:23-cv-2160 |
| 2:22-cv-1935 | 2:23-cv-0727 | 2:23-cv-2164 |
| 2:22-cv-1951 | 2:23-cv-0746 | 2:23-cv-2554 |
| 2:22-cv-2599 | 2:23-cv-1243 | 2:23-cv-2603 |
| 2:22-cv-2805 | 2:23-cv-1265 | |
| 2:22-cv-3465 | 2:23-cv-1384 | |
| 2:22-cv-3507 | 2:23-cv-1398 | |
| 2:22-cv-3561 | 2:23-cv-1400 | |
| 2:22-cv-4053 | 2:23-cv-1404 | |
| 2:22-cv-4157 | 2:23-cv-1562 | |
| 2:23-cv-0555 | 2:23-cv-1734 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **December 2023**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on October 30, 2023** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio