UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHELSEA O'BRIEN,** *Administrator of the* *Estate of Michael D. Whitmer*,

        **Plaintiff,**

    v.

**CECIL A. MORRISON, IV,**

        **Defendant.**

**Civil Action 2:22-cv-2805**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Motion for Leave to File Amended Rule 26(f) Report and Amend Trial Calendar (ECF No. 24). For good cause shown, the parties' Motion (ECF No. 24) is **GRANTED**. The Preliminary Pretrial Order (ECF No. 9) is amended as follows:

- Initial disclosures must be served by **December 11, 2023**;

- Any motion related to venue or jurisdiction must be filed by **February 16, 2024**;

- Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **February 9, 2024**;

- Primary expert reports, if any, must be produced **April 17, 2024**;

- Rebuttal expert reports, if any, must be produced by **May 21, 2024**;

- All discovery shall be completed by **July 31, 2024**;

- Case dispositive motions must be filed by **September 25, 2024**;

- Plaintiff shall make a settlement demand by **December 18, 2023**;

- Defendant shall respond to Plaintiff's settlement demand by **January 9, 2024**;

- This case will be referred for a settlement conference in **August 2024**.

All other provisions of the Preliminary Pretrial Order remain in effect.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE