**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:21-cv-5483 | 2:23-cv-2879 | 2:24-cv-0290 |
| 2:22-cv-0141 | 2:23-cv-2928 | 2:24-cv-0319 |
| 2:22-cv-2805 | 2:23-cv-2935 | 2:24-cv-0388 |
| 2:22-cv-3105 | 2:23-cv-3000 | 2:24-cv-0581 |
| 2:22-cv-3940 | 2:23-cv-3009 | 2:24-cv-0744 |
| 2:22-cv-4154 | 2:23-cv-3020 | 2:24-cv-0967 |
| 2:23-cv-1398 | 2:23-cv-3083 | 2:24-cv-1297 |
| 2:23-cv-2067 | 2:23-cv-3369 | 2:24-cv-1681 |
| 2:23-cv-2199 | 2:23-cv-3446 | 2:24-cv-2078 |
| 2:23-cv-2239 | 2:23-cv-3495 | |
| 2:23-cv-2485 | 2:23-cv-3691 | |
| 2:23-cv-2704 | 2:23-cv-3949 | |
| 2:23-cv-2719 | 2:23-cv-4015 | |
| 2:23-cv-2791 | 2:23-cv-4075 | |
| 2:23-cv-2822 | 2:23-cv-4122 | |
| 2:23-cv-2833 | 2:24-cv-0073 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **August 2024**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on July 1, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio