UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHELSEA O'BRIEN, *Administrator of the Estate of Michael D. Whitmer*,

   Plaintiff,

v.

CECIL A. MORRISON, IV,

   Defendant.

Civil Action 2:22-cv-2805
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion for Leave to File Amended Rule 26(f) Report and Amend Trial Calendar (ECF No. 28). For good cause shown, the parties' Motion (ECF No. 28) is **GRANTED**. The pretrial deadlines set forth in the Court's Order entered November 16, 2023 (ECF No. 25) are further amended as follows:

- All discovery shall be completed by **December 20, 2024**;
- Case dispositive motions must be filed by **February 28, 2025;**
- The August 2024 mediation deadline is **VACATED**, and if the parties would like to participate in mediation via the Court's ADR program at a later date, they may reach out to the Court.

All other provisions of the Preliminary Pretrial Order, as previously amended, remain in effect.

**IT IS SO ORDERED.**

2

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE