# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ADMINISTRATOR CHELSEA O'BRIEN, | : | |
| | : | CASE NO. 2:22-CV-2805 |
| Plaintiff, | : | |
| | : | Judge James L. Graham |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| CECIL A. MORRISON, IV, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

Defendant Cecil A. Morrison, by and through counsel, respectfully gives notice to this Court that he is withdrawing his Motion for Summary Judgment (Doc #33) that was filed on February 28, 2025.

Accordingly, Defendant respectfully requests that this Court withdraw the Motion for Summary Judgment.

Respectfully submitted,

FROST BROWN TODD LLP

By: /s/ *Charles B. Galvin*
Frank J. Reed, Jr. (0055234)
10 West Broad Street, Suite 2300
Columbus, Ohio 43215
Telephone (614) 464-1211
Facsimile (614) 464-1737
Email: freed@fbtlaw.com

        Charles B. Galvin (0091138)
        9277 Centre Pointe Drive, Suite 300
        West Chester, Ohio 45069
        Telephone (513) 870-8200
        Facsimile (513) 870-0999
        Email: cgalvin@fbtlaw.com

        Paul-Michael La Fayette (0067031)
        65 East State Street, Suite 2550
        Columbus, Ohio 43215
        Telephone (614) 683-8471
        Facsimile (888) 356-3590
        Email: Paul.LaFayette@fmglaw.com

        *Attorneys for Defendant Cecil A. Morrison, IV*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Charles B. Galvin*
        Charles B. Galvin (0091138)

0126311.0760569  4939-0725-0471v1