IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

<u>Administrator Chelsea O'Brien</u>,

        Plaintiff,

    v.                                    Civil Action 2:22-cv-2805
                                        Judge James L. Graham
                                        Magistrate Judge Chelsey M. Vascura

<u>Cecil A. Morrison, IV</u>,

        Defendant.

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AFTER DISPOSITIVE MOTIONS CUTOFF**

Now comes the Plaintiff, by and through counsel, and respectfully gives notice that she is withdrawing her Motion for Leave to File a Motion for Summary Judgment after Dispositive Motions Cutoff (Doc #36). The Plaintiff respectfully requests that this Court withdraw said motion.

                                          Respectfully submitted,

                                          /s/ Sky Pettey
                                          Sky Pettey – 0072041
                                          Attorney for the Plaintiff

                                          Lavelle and Rittenhouse, LLC
                                          449 East State Street, First Floor
                                          Athens, OH 45701
                                          (740) 593-3348
                                          (740) 594-3343
                                          sky@johnplavelle.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY

JUDGMENT AFTER DISPOSITIVE MOTIONS CUTOFF was served by email upon counsel for the Defendant this 12th day of March, 2025 as follows:

 Mr. Frank J. Reed
 freed@fbtlaw.com

 Mr. Charles B. Galvin
 cgalvin@fbtlaw.com

 Paul-Michael La Fayette
 Paul.LaFayette@fmglaw.com

         /s/ Sky Pettey_____
         Mr. Sky Pettey – 0072041