# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ADMINISTRATOR CHELSEA O'BRIEN,**

    **Plaintiff,**

  **v.**                                 **Civil Action 2:22-cv-2805**
                                      **Judge James L. Graham**
**CECIL A. MORRISON, IV,**          **Magistrate Judge Chelsey M. Vascura**

    **Defendant.**

## ORDER

On March 12, 2025, Defendant withdrew his Motion for Summary Judgment (ECF No. 38), and Plaintiff withdrew her Motion for Leave to File a Motion for Summary Judgment after Dispositive Motions Cutoff (ECF No. 39). Since that time, the parties have made no further filings. Accordingly, parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JUNE 3, 2025**.

    **IT IS SO ORDERED.**

                                                          */s/ Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE