IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF MICHAEL D. WHITMER, BY AND THROUGH CHELSEA O'BRIEN, ADMINISTRATOR OF SAID ESTATE | : : : : | Case No. 2:22-cv-02805-JLG-CMV |
| Plaintiff, | : : : | JUDGE JAMES L. GRAHAM |
| v. | : : : | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| CECIL A. MORRISON, IV | : : | |
| Defendant. | : : | STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii) |

The Parties, through counsel, agree and stipulate that this matter shall be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own attorney fees and costs.

Respectfully submitted,

SKY PETTEY (0072041)
Attorney for Plaintiff
449 East State Street, First Floor
Athens, OH 45701
(740) 593-3348
(740) 594-3343
Email: sky@johnplavelle.com
*Counsel for Plaintiff Estate of Michael D. Whitmer*

Frank J. Reed, Jr. (0055234)
10 West Broad Street, Suite 2300
Columbus, Ohio 43215
Telephone (614) 464-1211
Facsimile (614) 464-1737
Email: freed@fbtlaw.com

Charles B. Galvin (0091138)
9277 Centre Pointe Drive, Suite 300
West Chester, Ohio 45069
Telephone (513) 870-8200
Facsimile (513) 870-0999
Email: cgalvin@fbtlaw.com

Paul-Michael La Fayette (0067031)
65 East State Street, Suite 2550
Columbus, Ohio 43215
Telephone (614) 683-8471
Facsimile (888) 356-3590
Email: Paul.LaFayette@fmglaw.com

*Attorneys for Defendant Cecil A.
Morrison, IV*

IT IS SO ORDERED.


THE HONORABLE JAMES L. GRAHAM